IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GREGORY D. TRUETTE,**

    **Petitioner,**

vs.                                       **CASE NO. 5:10-cv-292/RS-MD**

**KENNETH S. TUCKER,**

    **Respondent.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 59). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Respondent's Motion to Dismiss (Doc. 29) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus (Doc. 1), later amended (Doc. 18) challenging the conviction and sentence in *State of Florida v. Gregory D. Truette*, in the Circuit Court of Washington County, Florida, case numbers 99-51CF and 00-253CF, are **DISMISSED with prejudice**.

4. The clerk is directed to close the file.

5.  The certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of a denial of a Constitutional right.

**ORDERED** on March 30, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**